IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| Robert J. Bracy | : | Case No: 20-22753-JAD |
| Debtor | : | |
| | : | Chapter 13 |
| Robert J. Bracy | : | |
| Movant | : | Conciliation Conference Date: |
| | : | March 25, 2021 at 11:00 AM |
| v. | : | |
| | : | Doc. No 32 |
| Comcast XFinity, | : | |
| Duquesne Light, | : | Related to Doc. No.s 28 & 31 |
| Freedom Mortgage Corp. | : | |
| Penn Hills School District, | : | |
| Peoples Natural Gas, | : | |
| Sam's Club MC/SYNCB, | : | |
| TD Auto Finance LLC, | : | |
| and Ronda J. Winnecour, | : | |
| Ch. 13 Trustee, | : | |
| Respondents | : | |

CERTIFICATE OF SERVICE OF AMENDED CHAPTER 13 PLAN, DATED DECEMBER 3, 2020 AND THE SCHEDULING ORDER, DATED ECEMBER 8, 2020, AT DOC. NO. 31.

I, Anthony M. Moody, Esquire, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the 8th day of December, 2020, I served a copy of the above-captioned pleading, Amended Chapter 13 Plan (dated December 3, 2020), and the Within Scheduling Order (December 8, 2020), filed in this proceeding on the respondent(s) on the attached list.

The type(s) of service made on the parties (first class mail, electronic notification, hand delivered, or another type of service, was by United States mail, first class, or electronic mail where indicated

**EXECUTED ON:** December 8, 2020        /s/ Anthony M. Moody
Attorney for Debtor
Anthony M. Moody
PA Attorney ID# 86482
Moody Law Offices
90 West Chestnut Street
Ste. 603
Washington, PA 15301
Phone: 412-227-0867
Fax: 412-227-0451
E-mail: amoody@moodylawoffices.com

Service by NEF:

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

Jennifer L. Cerce on behalf of Creditor Penn Hills School District
jlc@mbm-law.net

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Brian Nicholas on behalf of Creditor FREEDOM MORTGAGE CORPORATION
bnicholas@kmllawgroup.com

Service by First-Class Mail:

Robert J. Bracy
924 Garden City Drive
Monroeville, PA 15146-1130

Comcast XFiniity
PO BOX 1931
Burlingame, CA 94011

James Wallace
845 N. Lincoln Avenue
Pittsburgh, PA 15233

Peoples Natural Gas
PO Box644760
Pittsburgh, PA 15264-4760

Phelan Hallinan Diamond & Jones, LLP
Kenya Bates, Esq.
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103

Sam's Club MC/SYNCB
PO Box 960013
Orlando, FL 32896-0013

TD Auto Finance LLC
PO Box 551080
Jacksonville, FL 32255