Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Robert J. Bracy** | : | Case No. 20−22753−JAD |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Related to Doc. # 47 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this **The 6th of December, 2021,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)   The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)   The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller<br>
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22753-JAD |
| Robert J. Bracy | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 3 |
| Date Rcvd: Dec 06, 2021 | Form ID: 309 | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#        Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Robert J. Bracy, 924 Garden City Drive, Monroeville, PA 15146-1130 |
| cr | + | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15291592 | + | Comcast XFiniity, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15291594 | #+ | Duquenses Light, Bernstein -Burkley, PC, c/o Keri P. Ebeck, Esquire, 707 Grant Street - Suite 2200, Pittsburgh, PA 15219-1945 |
| 15419176 | + | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 15291595 | + | Freedom Mortgage Corporation, 907 Pleasant Valley Avenue, Mount Laurel, NJ 08054-1210 |
| 15316501 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15291596 | + | James Wallace, 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15419175 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 15291597 | + | Penn Hills School District, C/O Maiello, Brungo, & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15291598 | | Peoples Natural Gas, PO Box644760, Pittsburgh, PA 15264-4760 |
| 15291599 | | Phelan Hallinan Diamond & Jones, LLP, Kenya Bates, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 15304488 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 06 2021 23:38:15 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, UNITED STATES 29603-0587 |
| cr | + | EDI: RECOVERYCORP.COM | Dec 07 2021 04:28:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 06 2021 23:28:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15291865 | | EDI: DIRECTV.COM | Dec 07 2021 04:28:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 15291593 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 06 2021 23:29:00 | Duquense Light, PO Box 1930, 411 Seventh Ave., Pittsburgh, PA 15219-1942 |
| 15315377 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 06 2021 23:29:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15293048 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 06 2021 23:38:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15293082 | + | EDI: AGFINANCE.COM | Dec 07 2021 04:28:00 | ONE MAIN, PO BOX 3251, EVANSVILLE IN 47731-3251 |
| 15311961 | | EDI: PRA.COM | Dec 07 2021 04:28:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15291600 | | EDI: RMSC.COM | | |

Case 20-22753-JAD  Doc 50  Filed 12/08/21  Entered 12/09/21 00:32:22  Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: jhel | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 06, 2021 | Form ID: 309 | Total Noticed: 24 |

| | | | Dec 07 2021 04:28:00 | Sam's Club MC/SYNCB, PO Box 960013, Orlando, FL 32896-0013 |
|---|---|---|---|---|
| 15291736 | + | EDI: RMSC.COM | Dec 07 2021 04:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15291601 | + | EDI: LCITDAUTO | Dec 07 2021 04:28:00 | TD Auto Finance LLC, PO Box 551080, Jacksonville, FL 32255-1080 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 08, 2021                 Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2021 at the address(es) listed below:

**Name**  **Email Address**

Anthony M. Moody
    on behalf of Debtor Robert J. Bracy amoody@moodylawoffices.com moodyar81455@notify.bestcase.com

Brian Nicholas
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com

Jennifer L. Cerce
    on behalf of Creditor Penn Hills School District jlc@mbm-law.net

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION mmiksich@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace

District/off: 0315-2  User: jhel  Page 3 of 3
Date Rcvd: Dec 06, 2021  Form ID: 309  Total Noticed: 24

on behalf of Creditor Peoples Natural Gas Company LLC  ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 9