**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| ROBERT J. BRACY | Case No.:20-22753 JAD |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/22/2020 and confirmed on 12/05/2020 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 17,240.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 17,240.00 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,470.41 | |
| Trustee Fee | 1,013.36 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,483.77 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| FREEDOM MORTGAGE CORP<br>Acct: 2318 | 0.00 | 12,632.98 | 0.00 | 12,632.98 |
| FREEDOM MORTGAGE CORP<br>Acct: 2318 | 28,202.11 | 0.00 | 0.00 | 0.00 |
| | | | | 12,632.98 |
| **Priority** | | | | |
| ANTHONY M MOODY ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ROBERT J. BRACY<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MOODY LAW OFFICES PC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ANTHONY M MOODY ESQ<br>Acct: | 3,490.00 | 3,470.41 | 0.00 | 0.00 |
| PENN HILLS SD (PENN HILLS) (EIT)**<br>Acct: 2773 | 1,635.55 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: 4842 | 0.00 | 123.25 | 0.00 | 123.25 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| | | | | 123.25 |
| Unsecured | | | | |
| COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DUQUESNE LIGHT COMPANY* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2655 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3177 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,751.33 | 0.00 | 0.00 | 0.00 |
| Acct: 9074 | | | | |
| TD AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7886 | | | | |
| DIRECTV LLC BY AMERICAN INFOSOURCE | 1,011.85 | 0.00 | 0.00 | 0.00 |
| Acct: 0405 | | | | |
| ONE MAIN FINANCIAL GROUP LLC A/S/F O | 1,454.05 | 0.00 | 0.00 | 0.00 |
| Acct: 4811 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0553 | | | | |
| UPMC PHYSICIAN SERVICES | 306.45 | 0.00 | 0.00 | 0.00 |
| Acct: 2773 | | | | |
| DUQUESNE LIGHT COMPANY* | 4,873.82 | 0.00 | 0.00 | 0.00 |
| Acct: 3114 | | | | |
| PHELAN HALLINAN DIAMOND & JONES LLF | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9074 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| S JAMES WALLACE ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BROCK & SCOTT PLLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| S JAMES WALLACE ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                                  12,756.23

TOTAL CLAIMED
PRIORITY            1,635.55
SECURED            28,202.11
UNSECURED           9,397.50

Date: 01/11/2022                                    /s/ Ronda J. Winnecour
                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com