**Fill in this information to identify the case:**

Debtor 1    ROBERT J. BRACY
Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Pennsylvania
Case number 20-22753-JAD

Official Form 410S1
**Notice of Mortgage Payment Change**    12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Freedom Mortgage Corporation

**Last four digits** of any number you use to identify the debtor's account:    2318

**Court claim no.** (if known):  8

**Date of payment change:**    11/01/2021
Must be at least 21 days after date of this notice

**New total payment:**    $1,335.86
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**
☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

**Current escrow payment:** $ 531.99    **New escrow payment:**    $ 623.39

## Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**
☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

**Current interest rate:** _____ %    **New interest rate:** _____ %

**Current principal and interest payment:** $ _____    **New principal and interest payment:** $ _____

## Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**
☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

**Current mortgage payment:** $ ____    **New mortgage payment:** $ _____

Debtor 1  ROBERT J. BRACY                    Case number *(if known)* 20-22753-JAD
         First Name  Middle Name  Last Name

## Part 4: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗  /s/ Mario Hanyon                                          Date  09/29/2021
   Signature

**Print:** **Mario Hanyon (203993)**                         Title  Attorney
       First Name  Middle Name  Last Name

Company  Brock & Scott, PLLC

Address  302 Fellowship Road, Ste 130
         Number       Street

         Mount Laurel, NJ 08054
         City         State    ZIP Code

Contact phone  844-856-6646 x4560                    Email  pabkr@brockandscott.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
*Pittsburgh Division*

| | |
|---|---|
| IN RE:<br>ROBERT J. BRACY<br><br>Freedom Mortgage Corporation,<br>　　Movant<br><br><br>vs.<br><br>ROBERT J. BRACY,<br>　　Debtor,<br><br><br>Ronda J Winnecour<br>　　Respondent | Case No. 20-22753-JAD<br>Chapter 13<br><br>Hearing Date: TBD<br><br>Hearing Time: TBD<br><br>Objection Date: TBD |

## CERTIFICATE OF SERVICE OF NOTICE OF MORTGAGE PAYMENT CHANGE

　　I certify under penalty of perjury that on <u>September 29, 2021</u>, I served or caused to be served the Notice of Mortgage Payment Change on the parties at the addresses shown below or on the attached list.

　　The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

<u>Via CM/ECF electronic notice</u>:

Anthony M. Moody, Esq.
90 West Chestnut
Ste 603
Washington, PA 15301-4524
*Counsel for Debtor*

Ronda J Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
*Chapter 13 Trustee*

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

*US Trustee*

<u>Via First Class Mail</u>:

| | |
|---|---|
| ROBERT J. BRACY<br>924 GARDEN CITY DR<br>MONROEVILLE, PA 15146-1130<br>*Debtor* | Ronda J Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>*Chapter 13 Trustee* |

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, names and addresses of parties served by electronic notice will be listed under the heading "Via CM/ECF electronic notice" and those served by mail will be listed under the heading "Via First Class Mail".

EXECUTED ON: <u>September 29, 2021</u>

                                       <u>*/s/ Mario Hanyon*</u>
                                       Mario Hanyon
                                       (Bar No. 203993)
                                       Attorney for Creditor
                                       BROCK & SCOTT, PLLC
                                       302 Fellowship Road, Ste 130
                                       Mount Laurel, NJ 08054
                                       Telephone:  844-856-6646 x4560
                                       Facsimile:  704-369-0760
                                       E-Mail:  pabkr@brockandscott.com

**PAWB Local Form 7 (07/13)**



FREEDOM MORTGAGE®    PO BOX 50428
INDIANAPOLIS, IN 46250-0401

### Escrow Account Disclosure Statement

| Account Information | |
|---|---|
| Loan Number: | |
| Property Address: | 924 GARDEN CITY DR<br>MONROEVILLE PA 15146 |
| Statement Date: | 09/10/2021 |
| Current Payment Amount: | $1,244.46 |
| **New Payment Amount:** | **$1,335.86** |
| **New Payment Effective Date:** | **11/01/2021** |

ROBERT BRACY
924 GARDEN CITY DR
MONROEVILLE PA 15146-1130

You are receiving this statement because you have an escrow account with us. We have safeguards in place to ensure there is enough money in your account to cover your homeowners insurance, real estate taxes and mortgage insurance, if applicable. However, changes in your taxes and insurance could result in a shortage or surplus in your escrow account.

Based on our most recent analysis, you have a shortage of $638.62 in your escrow account. This shortage likely was caused by changes in your taxes and/or insurance. A shortage may also result if full monthly escrow payments have not been made to your account. To see these changes, refer to Part 2. We will automatically spread the shortage amount over 12 months of future monthly escrow payments.

| | |
|---|---|
| Projected Minimum Balance | $770.70 |
| - Required Minimum Balance | $955.06 |
| Shortage Amount | $638.62 |

The required minimum balance is also known as the escrow cushion. The required minimum balance or escrow cushion is the amount that you are required to pay into your escrow account to cover unanticipated disbursements for escrow items or for disbursements that have to be made before the monthly escrow payments are available in your escrow account.

Part 1 provides your current and the new escrow payment amounts. Part 2 shows what has already happened in your account while Part 3 shows what we anticipate happening in your account over the next 12 months. As escrow items are subject to change each year, the amounts in Part 3 are only estimates.



**PART 1**

### Your Mortgage Payment

Payment information beginning with your 11/01/2021 payment

The escrow shortage amount will automatically be spread over 12 months. Your new monthly payment will be $1,335.86.

| Payment Information | Current Monthly Payment | New Monthly Payment |
|---|---|---|
| Principal & Interest: | $712.47 | $712.47 |
| Escrow Payment: | $530.55 | $570.18 |
| Shortage Spread: | $1.44 | $53.21 |
| **Total Payment:** | **$1,244.46** | **$1,335.86** |

**NOTICE:** Freedom Mortgage Corporation is a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. However, in the event the debt has been discharged pursuant to or the addressee or recipient is under the protection of federal bankruptcy law, this communication is solely for informational purposes and is not an attempt to collect a debt.

(This space intentionally left blank)

# PART 2 — Your Escrow Account History

The chart below compares what we projected to occur with actual activity in your escrow account since the last analysis.

## Previous Year's Projections (Estimated)

| Date | Paid In | Paid Out | Description | Balance |
|---|---|---|---|---|
|  |  |  | Beginning Balance | $1,307.86 |
| Oct 2020 | $530.55 | $94.62 | FHA MORTGAGE INSURANCE | $1,743.79 |
| Nov 2020 | $530.55 | $94.62 | FHA MORTGAGE INSURANCE | $2,179.72 |
| Dec 2020 | $530.55 | $94.62 | FHA MORTGAGE INSURANCE | $2,615.65 |
| Jan 2021 | $530.55 | $94.62 | FHA MORTGAGE INSURANCE | $3,051.58 |
| Feb 2021 | $530.55 | $94.62 | FHA MORTGAGE INSURANCE | $3,487.51 |
| Feb 2021 | $0.00 | $0.00 |  | $3,487.51 |
| Feb 2021 | $0.00 | $0.00 |  | $3,487.51 |
| Mar 2021 | $530.55 | $1,691.52 | HOMEOWNERS | $2,326.54 |
| Mar 2021 | $0.00 | $94.62 | FHA MORTGAGE INSURANCE | $2,231.92 |
| Mar 2021 | $0.00 | $579.43 | COUNTY TAX | $1,652.49 |
| Apr 2021 | $530.55 | $94.62 | FHA MORTGAGE INSURANCE | $2,088.42 |
| Apr 2021 | $0.00 | $490.00 | SPECIAL ASSESSM | $1,598.42 |
| May 2021 | $530.55 | $94.62 | FHA MORTGAGE INSURANCE | $2,034.35 |
| Jun 2021 | $530.55 | $94.62 | FHA MORTGAGE INSURANCE | $2,470.28 |
| Jul 2021 | $530.55 | $94.62 | FHA MORTGAGE INSURANCE | $2,906.21 |
| Aug 2021 | $530.55 | $94.62 | FHA MORTGAGE INSURANCE | $3,342.14 |
| Aug 2021 | $0.00 | $2,470.28 | SCHOOL/ISD TAX | $871.86 |
| Sep 2021 | $530.55 | $94.62 | FHA MORTGAGE INSURANCE | $1,307.79 |
| Total | $6,366.60 | $6,366.67 |  |  |

## Actual Activity

| Date | Paid In | Paid Out | Description | Balance |
|---|---|---|---|---|
|  |  |  | Beginning Balance | ($9,391.20) |
| Oct 2020 | $0.00 | $94.62 | FHA MORTGAGE INSURANCE | ($9,485.82) |
| Nov 2020 | $0.00 | $94.62 | FHA MORTGAGE INSURANCE | ($9,580.44) |
| Dec 2020 | $1,626.14 | $94.62 |  | ($8,048.92) |
| Jan 2021 | $507.18 | $94.62 |  | ($7,636.36) |
| Feb 2021 | $507.18 | $94.62 * |  | ($7,223.80) |
| Feb 2021 | $0.00 | $2,101.84 | HOMEOWNERS | ($9,325.64) |
| Feb 2021 | $0.00 | $579.43 | COUNTY TAX | ($9,905.07) |
| Mar 2021 | $507.18 | $94.62 * |  | ($9,492.51) |
| Mar 2021 | $0.00 | $0.00 |  | ($9,492.51) |
| Mar 2021 | $0.00 | $0.00 |  | ($9,492.51) |
| Apr 2021 | $507.18 | $490.00 |  | ($9,475.33) |
| Apr 2021 | $0.00 | $94.62 | FHA MORTGAGE INSURANCE | ($9,569.95) |
| May 2021 | $0.00 | $94.62 | FHA MORTGAGE INSURANCE | ($9,664.57) |
| Jun 2021 | $507.18 | $92.65 * |  | ($9,250.04) |
| Jul 2021 | $0.00 | $92.65 * | FHA MORTGAGE INSURANCE | ($9,342.69) |
| Aug 2021 | $0.00 | $2,559.20 * | SCHOOL/ISD TAX | ($11,901.89) |
| Aug 2021 | $0.00 | $92.65 | FHA MORTGAGE INSURANCE | ($11,994.54) |
| Sep 2021 | $1,014.36 | $92.65 * |  | ($11,072.83) |
| Total | $5,176.40 | $6,858.03 |  |  |

An asterisk (*) indicates a difference in that month between the actual activity and the estimated activity.

When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

A double asterisk (**) indicates a difference in that month between the actual activity and the estimated activity due to interest payable on Escrow which is not estimated.

LOAN NUMBER: ███████

(This space intentionally left blank)

**FREEDOM MORTGAGE®**  PO BOX 50428  INDIANAPOLIS, IN 46250-0401

## Escrow Account Disclosure Statement

| Account Information | Page 2 |
|---|---|
| Loan Number: | |
| Property Address: | 924 GARDEN CITY DR |
| | MONROEVILLE PA 15146 |
| Statement Date: | 09/10/2021 |
| Current Payment Amount: | $1,244.46 |
| **New Payment Amount:** | **$1,335.86** |
| **New Payment Effective Date:** | **11/01/2021** |

ROBERT BRACY
924 GARDEN CITY DR
MONROEVILLE PA 15146-1130

### PART 3 — Expected Escrow Payments over the next 12 Months

| Item | Amount |
|---|---|
| HOMEOWNERS | $2,101.84 |
| FHA MORTGAGE INSURANCE | $1,111.80 |
| COUNTY TAX | $579.43 |
| SCHOOL/ISD TAX | $2,559.20 |
| SPECIAL ASSESS | $490.00 |
| **Total Disbursements** | **$6,842.27** |

Freedom expects to pay $6,842.27 over the next 12 months.
Here's how to calculate your new monthly escrow payment:

| | |
|---|---|
| Total Disbursements: | $6,842.27 |
| ÷ 12 Months: | 12 |
| **New Monthly Escrow Payment** | **$570.18** |

#### Summary of Your Projected Escrow Account for the Coming Year

| Date | Payment to Escrow | What We Expect to Pay Out | Description | Your Actual Balance | Balance Needed In Your Account |
|---|---|---|---|---|---|
| | | | Beginning Balance | $1,271.61 | $1,910.23 |
| Nov 2021 | $570.18 | $92.65 | FHA MORTGAGE INSURANCE | $1,749.14 | $2,387.76 |
| Dec 2021 | $570.18 | $92.65 | FHA MORTGAGE INSURANCE | $2,226.67 | $2,865.29 |
| Jan 2022 | $570.18 | $92.65 | FHA MORTGAGE INSURANCE | $2,704.20 | $3,342.82 |
| Feb 2022 | $570.18 | $92.65 | FHA MORTGAGE INSURANCE | $3,181.73 | $3,820.35 |
| Mar 2022 | $570.18 | $2,101.84 | HOMEOWNERS | $1,650.07 | $2,288.69 |
| Mar 2022 | $0.00 | $92.65 | FHA MORTGAGE INSURANCE | $1,557.42 | $2,196.04 |
| Mar 2022 | $0.00 | $579.43 | COUNTY TAX | $977.99 | $1,616.61 |
| Apr 2022 | $570.18 | $92.65 | FHA MORTGAGE INSURANCE | $1,455.52 | $2,094.14 |
| Apr 2022 | $0.00 | $490.00 | SPECIAL ASSESSM | $965.52 | $1,604.14 |
| May 2022 | $570.18 | $92.65 | FHA MORTGAGE INSURANCE | $1,443.05 | $2,081.67 |
| Jun 2022 | $570.18 | $92.65 | FHA MORTGAGE INSURANCE | $1,920.58 | $2,559.20 |
| Jul 2022 | $570.18 | $92.65 | FHA MORTGAGE INSURANCE | $2,398.11 | $3,036.73 |
| Aug 2022 | $570.18 | $92.65 | FHA MORTGAGE INSURANCE | $2,875.64 | $3,514.26 |
| Aug 2022 | $0.00 | $2,559.20 | SCHOOL/ISD TAX | $316.44 | $955.06 * |
| Sep 2022 | $570.18 | $92.65 | FHA MORTGAGE INSURANCE | $793.97 | $1,432.59 |
| Oct 2022 | $570.18 | $92.65 | FHA MORTGAGE INSURANCE | $1,271.50 | $1,910.12 |
| | $6,842.16 | $6,842.27 | | | |

The required minimum balance, as indicated by the asterisk (*) in the summary above, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your minimum balance may include up to two months of escrow payments (excluding PMI/MIP) to cover increases to your taxes and homeowners insurance.

### PART 4 — What This Means to You

Your escrow balance is less than the required minimum balance or cushion in your account. The resulting shortage is $638.62.

The Escrow shortage has been spread over 12 months. Including the shortage, your new total monthly payment will be $1,335.86.

Did you know by having recurring payments set up through FreedomMortgage.com, we'll adjust for any changes in your monthly payment automatically? However, if you have automatic bill pay through your bank, you'll need to contact them directly to adjust your payment.

### PART 5 — How You Can Reach Us with Questions

Should you have any questions regarding the information provided in this statement please do not hesitate to contact us at (855) 690-5900. Customer Care representatives are available to assist you Monday through Friday from 8:00am – 10:00pm and Saturday from 9:00am – 6:00pm Eastern Time.

LOAN NUMBER: